No. 270. NATIONAL SHIRT SHOPS, INC., v. UNITED STATES. October 17, 1932. Petition for writ of certiorari to the Court of Claims denied. Messrs. Wm. E. Leahy and. Wm. J. Hughes, Jr., for petitioner. Solicitor General Thacher, Assistant Attorney General Rugg, and Mr. Erwin N. Griswold for the United States.

No. 271. MISSOURI EX REL. LOUISVILLE & NASHVILLE R. Co. v. HARTMAN, JUDGE. October 17, 1932. Petition for writ of certiorari to the Supreme Court of Missouri denied. Mr. Harold L. Small for petitioner. Messrs. Charles L. Moore and William H. Allen for respondent.

No. 273. JORDAN v. UNITED STATES. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. Mr. Ernest L. Merrill for petitioner. Solicitor General Thacher and Messrs. Paul D. Miller and Erwin N. Griswold for the United States.

No. 274. LOUISVILLE & NASHVILLE R. Co. v. REVERMAN, ADMINISTRATRIX. October 17, 1932. Petition for writ of certiorari to the Court of Appeals of Kentucky denied. Mr. Frank M. Tracy for petitioner. Messrs. Robert C. Simmons and Richard T. Van Hoene for respondent.

No. 275. DETROIT FIDELITY & SURETY Co. v. UNITED STATES. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. Mr. Warren E. Miller for petitioner. Solicitor